**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PEDRO LIZ, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

SEE, INC.,

Defendants.

Civil Action No.

1:24-cv-127

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Pedro Liz, and Defendant, See, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: April 22, 2024

By: ______________________

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: ______________________

Deyan Lin, Esq.
*Attorneys for Defendant*
213 Turtle Crest Drive
Irvine, CA 62603
T : (626) 497-6309
Lindeyuan@yahoo.com